UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| HELENA AZEVEDO DAVID | ) | |
|---|---|---|
| | ) | |
| v. | ) | C.A. 10-314M |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |

## ORDER

The Findings and Recommendation of United States Magistrate Judge Lincoln D. Almond dated June 17, 2011 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Plaintiff's Motion to Reverse the Decision of the Commissioner is DENIED and the Defendant's Motion to Affirm the Decision of the Commissioner is GRANTED.

BY ORDER:

_____
John J. McConnell, Jr.
United States District Judge
July 14, 2011